**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN

| | |
|---|---|
| **LINDA NGO,** | ) Case No. CV09-4116 SS |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| **MANN BRACKEN, LLP,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 9th day of September, 2009.

By: s/Todd M. Friedman
**Todd M. Friedman**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 9th day of August, 2009, with:

United States District Court CM/ECF system

By: s/Todd M. Friedman
     Todd M. Friedman